IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TEQUANN SKEETE,

      Appellant,

v.                                                          Case No.      5D22-1185
                                                            LT Case No. 2019-CF-013777-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 4, 2022

Appeal from the Circuit Court
for Orange County,
Tanya Davis Wilson, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.